Law Offices
# GOLDSTEIN & WEINSTEIN
**888 GRAND CONCOURSE**
**BRONX, NEW YORK 10451**
TEL: (718) 665-9000
FAX: (718) 665-9147

DAVID J. GOLDSTEIN
BARRY A. WEINSTEIN

January 11, 2011

**BY FACSIMILE**

Honorable Peter G. Sheridan
United States District Court
District of New Jersey
Clarkson S. Fisher Bldg. And U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

SO ORDERED: *Peter Sheridan*
DATED: 1/11/11

    Re:    United States v. Luis Hidalgo
               Docket No. 2:10 Cr. 00503 (PGS)

Dear Judge Sheridan:

    I write this letter to request a forty-five (45) day adjournment of sentence in this case, which is currently scheduled for January 21, 2011. Assistant United States Attorney, Randall Cook, consents to the application.

    The adjournment is requested because the Probation Department has yet to conduct a Pre-sentence interview with the defendant. I spoke yesterday with United States Probation Officer, Kimberly Artist, and because of my schedule, the earliest date we could arrange to conduct the interview was January 25, 2011.

    Obviously, to comply with the court's rules and to give the parties sufficient time to prepare sentencing submissions, we believe that forty-five (45) days would be sufficient.

Honorable Peter G. Sheridan
January 11, 2011
Page 2

Thank you for your consideration.

Respectfully yours,

David J. Goldstein

cc: AUSA Randall Cook
by e-mail

USPO Kimberly Artist
by facsimile