Law Offices
## GOLDSTEIN & WEINSTEIN
888 GRAND CONCOURSE
BRONX, NEW YORK 10451
TEL: (718) 665-9000
FAX: (718) 665-9147

DAVID J. GOLDSTEIN
BARRY A. WEINSTEIN

May 12, 2011

**BY ECF**

Honorable Peter G. Sheridan
United States District Court
District of New Jersey
Clarkson S. Fisher Bldg. And U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

> Re:   United States v. Luis Hidalgo
>        Docket No. 2:10 Cr. 00503 (PGS)

Dear Judge Sheridan:

I write this letter to request a two (2) week adjournment of sentence in this case, which is currently scheduled for May 16, 2011. Assistant United States Attorney, Randall Cook, consents to the application.

The adjournment is requested because I am currently on trial in a homicide case in Bronx County, New York, in the case of the People v. Christopher Salas, before the Honorable John Carter.

Further, I received the Government's "5K" letter yesterday and require time to submit the defendant's sentencing memorandum to the court.

Honorable Peter G. Sheridan
May 12, 2011
Page 2

    Thank you for your consideration.

                                Respectfully yours,

                                David J. Goldstein

cc:   AUSA Randall Cook
       by e-mail

*Sentencing is adjourned to July 19, 2011 at 10:30 AM*

SO ORDERED: [signature]
DATED: 5/12/11